Sandra

WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES, DIVISION

ROBERT H. SHEMWELL
WESTERN DISTRIC OF LOUISIANA
SHREEF PORT, LOUISIANA

ROBERT H. SHEMW
CLERK
BY ——

CV 03-0669

CHARLES W. NOWAK
VERSUS
DIACES OF LAKE CHARLES AND
BISHOP BRAXTON

JUDGE TRIMBLE

MAGISTRATE JUDGE WILSON

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
APR - 9 2003
ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

COMPLAINT
①

① 22 PRIEST WERE NOT PROS. FOR RAPE + NO ARREST WERE MADE BUT HAVE ARRESTED OTHERS FOR RAPE AND LET THE CLERGY GET AWAY WITH IT.

② PARTIES INVOLVED ALSO ARE WILLFULLY TAKING PAYOFFS AN RECIVING FAVORS

③ MY CIVIL RIGHTS HAVE VIOLATED AFTER SERVING ALL CONCERNED ON CV02-2657 WITH NO RESPONSE TO THE COURT IN TIME ALLOTED.

④ SETTLEMENT OF DAMAGES OF $50 TRILLION DOLLARS AND PROS. OF ALL PERSONS INVALLED

2.

LAKE CHARLES POLICE DEPT
830 ENTERPRISE
LAKE CHARLES, LA. 70601

COMPLAINT
①

RUNNING POLICE CARS WITHOUT SIGNS AND ISSUEING CITATIONS W/OUT MARK CARS TO ASSIST.

③

CHIEF OF POLICE (DON DIXON)
830 ENTERPRISE BLVD.
LAKE CHARLES, LA. 70601

④

CITY HALL MAYOR (RANDELL ROACH)
326 PUJO ST.
LAKE CHARLES, LA. 70601

①

(5) SHERIFF DEPT CALCASIEU PARISH
5400 EAST BROAD ST.
LAKE CHARLES, LA. 70115.

(6) BETH LUNDRY SHERIFF
5400 EAST BROAD ST
LAKE CHARLES, LA. 70115

(7) DEPUTY ATTY GEN RICHARD IEYOUB — AND HIS PEOPLE
901 LAKESHORE DR.
LAKE CHARLES, LA. 70601

(8) WEST LAKE POLICE DEPT
1001 MULBERRY
WESTLAKE, LA.

(9) WEST LAKE MAYOR (DWALEY DIXON)
1001 MULBERRY ST
WEST LAKE, LA

(10) ISLE OF CAPRI CASINO
100 WEST LAKE AVE.
WESTLAKE, LA.

(11) HARRAHS LAKE CHARLES
505 N. LAKESIDE DR
LAKE CHARLES, LA 70602

(12) FBI LAKE CHARLES
BANK ONE FITH FLOOR
LAKE CHARLES, LA.

RESOME OF COMPLAINT
NO RESPONCE ON PAYOFFS + FAVORS. + PORT

(13) SECRET SERVICE
BATON ROUGE, LA.

1997 6½ MILLION WAS MOVED OF CONTERFITE MONEY WAS MOVE IN LAFAYETTE, LA. + IN TENNESSE A WEEK LATER + S.S. DID NOT RESP TO MOVEMENT

FIRST 11 DID NOT RESPOND TO ORIGINAL COURT ORDER

(15)

DR WILKIE DR. CORONER   (CHARGES ALONG WITH BETH
BETH LUNDY                LUNDY ATTEMPTED MURDER
5400 EAST BROAD ST.       WHEN I WAS IN JAIL I HADE
LAKE CHARLES, LA 70615    A STROKE AND WAS NOT SENT
                          TO HOSPITAL BECAUSE I A-
                          A TERMINAL HEART PATIENT

(16)

TRDLC TELEVISION
820 DIVISION ST.
LAKE CHARLES LA. 70602-1490

PLEASE GIVE ME A JURY TRIAL

Charles G Rowell

412 MCKINLEY ST
WESTLAKE LA
70669