U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

NOV - 5 2003

ROBERT H. SHEMWELL, CLERK
BY _____
                    DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHARLES NOWAK** | : | **DOCKET NO. 03 CV 669** |
| VS. | : | JUDGE MINALDI |
| **DIOCESES OF LAKE CHARLES, ET AL** | : | MAGISTRATE JUDGE WILSON |

## MEMORANDUM JUDGMENT

Petitioner CHARLES NOWAK filed the instant suit against numerous spiritual and political leaders of Southwest Louisiana as well as members of the gaming industry, mass media, and law enforcement. On September 4, 2003, this Court issued a Memorandum Order giving the Plaintiff ten days to file a brief to state a claim upon which relief can be granted. The Court warned that the failure to timely file would result in his case being dismissed with prejudice. The Plaintiff failed to file.

IT IS ORDERED that CHARLES NOWAK's case against all defendants is DISMISSED WITH PREJUDICE and that the Clerk of Court is relieved of the responsibility of maintaining this as an active file.

Lake Charles, Louisiana, this 4th day of November, 2003.

JUDGMENT ENTERED
November 5, 2003
BY _Omia S. Benoit_
COPY _Nowak_
     _McCongundale_
     _pm /s/ /t0_
     _gb_

PATRICIA MINALDI
UNITED STATES DISTRICT COURT

